7979241

IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT IN AND FOR HILLSBOROUGH COUNTY, FLORIDA

HEATHER VAUGHN, as Beneficiary of Scott McKenzie,

    Plaintiff,

vs.

AAA LIFE INSURANCE COMPANY,

    Defendant.
_____/

CASE NO.: 2018-CA-002191

## COMPLAINT

Plaintiff, Heather Vaughn, as Beneficiary of Scott McKenzie, hereby sues Defendant, AAA Life Insurance Company, and states as follows:

1. This is an action for damages that is in excess of fifteen thousand dollars ($15,000.00) exclusive of interest, costs, and attorney's fees.

2. At all times material hereto, Plaintiff was and is a natural person residing in Hillsborough County, Florida.

3. At all times material hereto, Defendant, AAA Life Insurance Company, was and is a foreign corporation authorized to do business in Hillsborough County, Florida.

4. At all times material hereto, Scott McKenzie was insured under a Certificate of Insurance under Certificate No.: 4027217035, Group Policy # GT8107 issued by Defendant. A copy of the one page application for insurance is attached as Exhibit "A."

5. The certificate/policy provides for payment of benefits when an insured has passed away. A certified copy of the certificate is in the exclusive control of Defendant, and will be produced during discovery.

6. The insured passed away on or about August 1, 2016.

**EXHIBIT 1**

7. Plaintiff has complied with all conditions precedent to receiving payment pursuant to each policy.

8. Defendant has denied Plaintiff's claim for the life insurance benefit.

9. Defendant is in breach of said contract of insurance by failing to pay death benefits to Plaintiff as required by the terms of said policy.

10. As a direct and proximate result of Defendant's breach of said insurance contract, Plaintiff has suffered damages including loss of death benefit payments, interest, costs and attorney's fees.

11. Plaintiff is entitled to costs and reasonable attorney's fees pursuant to Fla. Stat. 627.428, 57.104 and 57.041.

**WHEREFORE**, Plaintiff, Heather Vaughn as Beneficiary of Scott McKenzie, demands judgment against Defendant, AAA Life Insurance Company, for damages as set forth herein and interest, costs and attorney's fees as provided in Florida Statute 627.428, 57.104 and 57.041.

**PLAINTIFF HEREBY DEMANDS A JURY TRIAL ON ALL ISSUES SO TRIABLE.**

Respectfully submitted this 9th day of March, 2018.

/s/ Hans Kennon
HANS KENNON, ESQUIRE
Florida Bar No. 0059323
Morgan & Morgan, P.A.
20 N. Orange Avenue, 4th Floor
Post Office Box 4979
Orlando, Florida  32802-4979
Telephone:  (407) 420-1414
Facsimile:  (407) 245-3370
Primary Email:  HKennon@forthepeople.com
Secondary Email: Twerle@forthepeople.com
            Mturner@forthepeople.com
Attorneys for Plaintiff